UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DL STAR, LLC                                    CIVIL ACTION NO. 14-cv-0952

VERSUS                                          JUDGE FOOTE

ROYAL SEAL CONSTRUCTION, INC.                   MAGISTRATE JUDGE HORNSBY

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Answer to Counterclaim (Doc. 20) filed by Anderson Concrete Finishers, Inc. is stricken and the Clerk of Court is directed to enter a default against Anderson on the counterclaim.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE